UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WINDHAM, | 1:09-CV-01206 OWW GSA (PC) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| T. FEHLMAN, et al. | |
| Defendants. | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   April 29, 2010**                              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

1